UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE JOHN A. HAZUCHA,

    Plaintiff.

                              Case No. 8:16-mc-23-T-33EAJ

_____/

**ORDER**

This cause comes before the Court sua sponte.  On February 16, 2016, pro se Plaintiff John A. Hazucha filed an Affidavit of Indigency unaccompanied by a complaint or any other documents. (Doc. # 1).  In the Affidavit of Indigency, Hazucha explained, "For the past 3+ years I have received little to no support.  Since my incarceration I have lost everything I owned.  I am filing this action in order to procure some type of financial assistance in the future." (Id.).

On February 29, 2016, the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, entered an Order construing Hazucha's Affidavit of Indigency as a Motion for Leave to Proceed In Forma Pauperis and denying the Motion. (Doc. # 2). Judge Jenkins explained: "As Plaintiff has failed to file a complaint with the motion, he has failed to state a claim over which this court has jurisdiction.  Even if the Court were to consider the brief statement of the nature of Plaintiff's action as stating a cause of action, Plaintiff has failed to

name a defendant from whom relief is sought or otherwise establish this court's jurisdiction." (Id. at 2).

Nevertheless, Judge Jenkins authorized Hazucha to file an amended complaint by March 28, 2016. Judge Jenkins also warned that any failure by Hazucha to file a timely amended complaint "can result in the dismissal of this matter without further notice." (Id. at 3).

At this juncture, Hazucha has not filed an amended complaint and the deadline for him to do so has expired. The Court accordingly dismisses this case without prejudice and directs the Clerk to close the case.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

This case is **DISMISSED** without prejudice. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of March, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE